# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| NORMAN HARVEY A/K/A ERIC ELROD, | : | No. 81 EM 2019 |
| Petitioner | : | |
| v. | : | |
| COMMON PLEAS COURT OF PHILA., PA AND CLERK, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of October, 2019, the Petition for Mandamus is DISMISSED. The Prothonotary is DIRECTED to forward the filing to counsel of record.